UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **Jordella Robinson, individually and as a representative of a class of similarly situated borrowers,** | **Civil Action No. 2:15-cv-04123** |
| **Plaintiff,** | **Division: "C-2"** |
| **v.** | **District Judge: Hon. Helen G. Berrigan** |
| **Standard Mortgage Corporation and Standard Mortgage Insurance Agency, Inc.,** | **Magistrate Judge: Hon. Joseph C. Wilkinson, Jr.** |
| **Defendants.** | |

**PLAINTIFF'S MOTION TO FILE AMENDED COMPLAINT AS A MATTER OF COURSE, OR IN THE ALTERNATIVE, PLAINTIFF'S MOTION <u>FOR LEAVE TO FILE AN AMENDED COMPLAINT</u>**

Plaintiff respectfully moves the Court to allow Plaintiff to file her Amended Complaint as a matter of course under Federal Rule of Civil Procedure 15(a). In the alternative, Plaintiff moves for leave to re-file her Amended Complaint. The grounds for this motion are set forth in the accompanying Memorandum of Law in Support.

Pursuant to Local Civil Rule 7.6, counsel for Defendants have been contacted and have indicated that Defendants will oppose this motion.

Dated: December 10, 2015                    Respectfully submitted,

                                            **SQUITIERI & FEARON, LLP**

                                            By: /s/ Thomas G. O'Brien
                                            Thomas G. O'Brien (admitted *pro hac vice*)
                                            Stephen J. Fearon, Jr. (admitted *pro hac vice*)
                                            Raymond N. Barto (admitted *pro hac vice*)

**SQUITIERI & FEARON, LLP**
32 East 57th Street, 12th Floor
New York, New York  10022
Tel:     (212) 421-6492
Fax:     (212) 421-6553
Email: thomas@sfclasslaw.com
          stephen@sfclasslaw.com
          raymond@sfclasslaw.com


**JERNIGAN LAW FIRM**
Susanne Weiner Jernigan
829 Baronne Street
New Orleans, LA  70113
Tel:     (504) 581-9322
Fax:     (866) 703-7621
Email: sue@thejerniganfirm.com

**THE LAW OFFICES OF RONALD L. WILSON**
Ronald L. Wilson
701 Poydras Street, Suite 4100
New Orleans, LA  70139
Tel:     (504) 525-4361
Fax:     (504) 525-4380
Email: cabral2@aol.com

*Counsel for Plaintiff and the Proposed Class*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of December, 2015, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the Court's electronic filing system.

By: /s/ Thomas G. O'Brien
Thomas G. O'Brien