UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

Jordella Robinson, Individually and as a representative
of a class of similarly situated borrowers,

        Plaintiffs                        Civil Action No. 2:15-cv-04123

v.                                            Section C – Judge Sarah S. Vance

Standard Mortgage Corporation and Standard      Magistrate 2 – Joseph C. Wilkinson, Jr.
Mortgage Insurance Agency, Inc.,

        Defendants

**DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS
AMENDED CIVIL RICO CLAIM**

    NOW INTO COURT, through undersigned counsel, come Defendants, Standard Mortgage Corporation and Standard Mortgage Insurance Agency, Inc., who respectfully move the Court for entry of an Order dismissing, with prejudice, Counts 1 and 2 of the Amended Complaint filed by Plaintiff, Jordella Robinson, asserting Civil RICO claims. The grounds for this Motion are set forth with more particularity in the accompanying Memorandum in Support.

                                            Respectfully submitted,

                                            s/ John Anthony Dunlap
                                            _____
                                            CARVER, DARDEN, KORETZKY, TESSIER,
                                            FINN, BLOSSMAN & AREAUX, LLC
                                            Frank A. Tessier (# 9749)
                                            John Anthony Dunlap (# 18190) T.A.

Russell L. Foster (# 26643)
Haley E. Nix (# 36606)
1100 Poydras Street, Suite 3100
New Orleans, LA 70163
Telephone: (504) 585-3800
Facsimile: (504) 585-3801

***Attorneys for Standard Mortgage Corporation and Standard Mortgage Insurance Agency, Inc.***

### CERTIFICATE OF SERVICE

I hereby certify that on this __20th__ day of January, 2016, I electronically filed the foregoing with the clerk of court by using the CM/ECF system of the Eastern District of Louisiana, which will send notice of electronic filing to counsel of record for all parties in this case.

s/ John Anthony Dunlap

John Anthony Dunlap