UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **Jordella Robinson, Individually and as a representative of a class of similarly situated borrowers,** | |
|         **Plaintiffs** | Civil Action No. 2:15-cv-04123 |
| **v.** | Section R – Judge Sarah S. Vance |
| **Standard Mortgage Corporation and Standard Mortgage Insurance Agency, Inc.,** | Magistrate 2 – Joseph C. Wilkinson, Jr. |
|         **Defendants** | |

## DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, come Defendants, Standard Mortgage Corporation and Standard Mortgage Insurance Agency, Inc., who respectfully move the Court for entry of an Order dismissing, with prejudice, Counts III, IV, and V of the Amended Complaint filed by Plaintiff, Jordella Robinson, asserting state law claims for breach of implied covenant of good faith and fair dealing and unjust enrichment. In an abundance of caution, Standard Mortgage requests in the alternative that, should any of Plaintiff's remaining state law claims survive this Rule 12(b)(6) Motion to Dismiss, this Court dismiss any surviving claims without prejudice pursuant to 28 U.S.C. § 1367(c)(3). The grounds for this Motion are set forth with more particularity in the accompanying Memorandum in Support.

                                            Respectfully submitted,

                                            s/ John Anthony Dunlap
                                            _____
                                            CARVER, DARDEN, KORETZKY, TESSIER,
                                            FINN, BLOSSMAN & AREAUX, LLC
                                            Frank A. Tessier (# 9749)
                                            John Anthony Dunlap (# 18190) T.A.
                                            Russell L. Foster (# 26643)

        Haley E. Nix (# 36606)
        1100 Poydras Street, Suite 3100
        New Orleans, LA 70163
        Telephone:   (504) 585-3800
        Facsimile:    (504) 585-3801

***Attorneys for Standard Mortgage Corporation and Standard Mortgage Insurance Agency, Inc.***

## CERTIFICATE OF SERVICE

    I hereby certify that on this __12th__ day of July, 2016, I electronically filed the foregoing with the clerk of court by using the CM/ECF system of the Eastern District of Louisiana, which will send those of electronic filing to counsel of record for all parties in this case.

        s/ John Anthony Dunlap

        John Anthony Dunlap