UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JORDELLA ROBINSON, INDIVIDUALLY AND AS A REPRESENTATIVE OF A CLASS OF SIMILARLY SITUATED BORROWERS | CIVIL ACTION |
| VERSUS | NO. 15-4123 |
| STANDARD MORTGAGE CORPORATION and STANDARD MORTGAGE INSURANCE AGENCY, INC. | SECTION "R" (2) |

## **JUDGMENT**

Considering the Court's order and reasons on file herein,

IT IS ORDERED, ADJUDGED AND DECREED that plaintiff Jordella Robinson's complaint is hereby dismissed for lack of jurisdiction.

New Orleans, Louisiana, this __24th__ day of August, 2016.

_Sarah Vance_
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE